RICHARD E. QUINTILONE II (Cal. State Bar No. 200995)
QUINTILONE & ASSOCIATES
22974 El Toro Road, Suite 100
Lake Forest, California  92630-4961
Telephone: (949) 458-9675
Facsimile:  (949) 458-9679
E-mail: req@quintlaw.com

Attorneys for Plaintiff
Marjorie Ann Diaz

JEFFREY D. WOHL (Cal. State Bar No. 96838)
RISHI N. SHARMA (Cal. State Bar No. 239034)
PETER A. COOPER (Cal. State Bar No. 275300)
PAUL HASTINGS LLP
55 Second Street, 24th Floor
San Francisco, California  94105
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100
E-mail: jeffwohl@paulhastings.com
E-mail: rishisharma@paulhstings.com

Attorneys for Defendant

Target Corporation

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARJORIE ANN DIAZ, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | No. 8:10-CV-01103-AG (MLGx)<br><br>**ORDER OF DISMISSAL** |

LEGAL_US_W # 68748330.1

ORDER OF DISMISSAL
U.S.D.C., C.D. Cal., No. 8:10-CV-01103-AG (MLGx)

1  On the stipulation of plaintiff Marjorie Ann Diaz and defendant Target Corporation, and good cause appearing therefor,

IT IS ORDERED:

This action be and hereby is DISMISSED WITH PREJUDICE, EACH SIDE TO BEAR ITS OWN COSTS AND ATTORNEYS' FEES.

Dated: August _9, 2011.

_____
Andrew J. Guilford
United States District Judge